**Opinion issued June 7, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00182-CR

————————————

## IN RE JAWAID PARKER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Jawaid Parker, has filed a petition for writ of mandamus, seeking an order compelling the trial court to (1) rule on properly and timely filed motions including one for a *Barker*[1] hearing; (2) require the State to provide discovery and a

---

[1] *See Barker v. Wingo*, 407 U.S. 514, 92 S. Ct. 2182 (1972).

private investigator; and (3) vacate the trial court's order granting the State's motion for continuance.[2]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

---

[2] The underlying proceeding is *Parker v. State*, cause number 1435056, in the 182nd Judicial District Court of Harris County, Texas, the Honorable Jeannine Barr presiding.